Renault Frères Selling Branch, Inc., Respondent, v. Sewall & Alden, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Maria Bruno, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Carmelo Bruno, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Isaac Zarch, Appellant, v. Annie Zarch, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Morris Rothstein and Harry Bilt, Appellants.— Judgments affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Timothy Sheehan, Appellant, v. Associated Operating Company, Respondent.— Order affirmed with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Annie Paulis, Respondent, v. Codington Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Nettie Wintersteen, as Administratrix, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Helene Pagenstecher, Appellant, v. Alma Carlson, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York ex rel. John W. McGloin, Appellant, v. Patrolmen's Benevolent Association of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The Lambs, Inc., Appellant, v. Marie Dressler, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Frank A. Thompson, Appellant, v. George W. Baily and Another, as Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Fred Kettler, Appellant, v. McDermott Dairy Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Arthur Schmidt, Respondent, v. Heinrich L. J. Siemund, Appellant, Impleaded with Others, Defendants, Doing Business under the Firm Name, etc.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.